■ IRMA SELVAGGIO v. GUISEPPE SELVAGGIO.— Motion for a stay granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 11, 1961, with notice of argument for

May 23, 1961, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.